## (May 29, 1942.)

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES S. MARTELL. Appellant, Impleaded with Another, Defendant.— Judgment unanimously affirmed, No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.